■ HARRY BEAMER et al., Respondents, v. A. E. SCHULGASSER et al., Appellants, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Cattaraugus Special and Trial Term adjudging a deed to be fraudulent and void as against plaintiffs, and awarding plaintiffs judgment against defendants, in an action for damages for failure to maintain a line fence.) Present — Vaughan, J. P. Kimball, Williams, Bastow and Goldman, JJ.

■ MARIANNE ARCURI, as Administrator of the Estate of ALEXANDER J. ARCURI, Deceased, Plaintiff, v. DOUGLAS C. COCHRAN, INC., Defendant and Third-Party Plaintiff. STANDARD ENGINEERING CORPORATION, Third-Party Defendant.— Appeals dismissed, without costs, upon stipulation.

■ JOINT TEAMSTERS COUNCIL 46, by ROBERT A. SMITH, Individually and as President, et al., Plaintiffs, v. BUFFALO EVENING NEWS, INC., Defendant.— Appeal dismissed, without costs, upon stipulation.

■ THOMAS W. O'CONNELL, Appellant, v. HIGHLAND HOSPITAL, Respondent.—Motion granted and appeal dismissed, without costs.

■ RALPH HOGABOOM, Respondent, v. JAMES F. HOLLAND, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ GARY HOGABOOM, an Infant, etc., Respondent, v. JAMES F. HOLLAND, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ MARTHA MONTGOMERY, Appellant, v. ANGELO ROSCIA et al., Respondents. JOHN MONTGOMERY, Appellant, v. ANGELO ROSCIA et al., Respondents.— Motion granted and appeals dismissed, without costs.

■ CHESTER R. HARDT, Respondent, v. H & L DISTRIBUTORS, INC., et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BYRAN, Appellant.— Motions granted and appeals dismissed.

■ BRUCE W. HARRIS, Appellant, v. HARRY D. SCHUMACHER et al., Doing Business as ROY JOHNCOX & SON, Respondents.— Motion granted and appeal dismissed, without costs.

■ ESTATE OF JOSEPH ZENNER, by PHILIP L. ZENNER, Appellant, v. GEORGE E. HEBERT, as Superintendent of Buildings, City of Syracuse, et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DIEGO PETIROJO, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID CYRIL READ, Appellant.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE D'AULA, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEROY McCLURE, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MORGAN, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN ROOKARD, Appellant.— Motion to appeal on original record and for other relief denied on the ground that the papers fail to show merit to the appeal.